UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARRYL RUSSELL FLETT, a/k/a Darryl Russell Carden,<br><br>Defendant. | No. 2:14-CR-120-SMJ-2<br><br>ORDER GRANTING STIPULATED MOTION FOR FURLOUGH |

Before the Court is the Defendant's Second Stipulated Motion for Temporary Pretrial Release. ECF No. 85. Defendant requests a temporary release to attend the funeral services for his Grandfather.

Defendant, through counsel, represents that the Motion is not opposed by the United States, and that Defendant will be transported to and from the Benton County Jail by a Tribal Police Officer. The death of the Grandfather and the time of the services has been verified.

Defendant's Stipulated Motion, **ECF No. 85,** is **GRANTED**. Defendant shall comply with the following conditions:

1. Defendant shall be released from custody any time after **3:00 p.m. on Thursday January 1, 2015,** and shall return to custody no later than **3:00 p.m. on Friday January 2, 2015**.

2. Defendant shall be released to Greg Carter, Tribal Police Officer,

ORDER - 1

1  upon presentation of proper identification by the latter. Defendant shall be
2  transported to and from the Benton County County Jail.

3      3.    Defendant shall consume no alcohol or non-prescribed controlled
4  substances.

5      4.    Defendant shall have no direct or indirect contact with victims or
6  witnesses in this case.

7      5.    Defendant will commit no violations of federal, state, local or tribal
8  laws during this furlough.

9      6.    Any violation of these terms shall be promptly reported to the U.S.
10 Marshall Service and the Court.

11 **IT IS SO ORDERED.**

12 DATED December 31, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2