PROB 12C
(6/16)

Report Date: September 28, 2016

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 28, 2016

SEAN F. McAVOY, CLERK

Name of Offender: Darryl Russell Flett          Case Number: 0980 2:14CR00120-SMJ-2

Address of Offender: ███████████ Wellpinit, Washington 99040

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: September 28, 2015

| | |
|---|---|
| Original Offense: | Assault with a Dangerous Weapon in Indian Country, 18 U.S.C. §§ 1153(a), 133(a)(3) and 2(a) |
| Original Sentence: | Prison - 24 months<br>TSR - 36 months |
| Asst. U.S. Attorney: | Stephanie J. Lister |
| Defense Attorney: | David Matthew Miller |

Type of Supervision: Supervised Release

Date Supervision Commenced: June 9, 2016

Date Supervision Expires: June 8, 2019

---

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: The offender terminated his employment at Two Rivers Resort and Casino on or about August 15, 2016, without prior notification to the supervising officer. |
| 2 | **Special Condition # 15**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinary analysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender failed to report to Alcohol Drug Education Prevention and Treatment (ADEPT) for random urinalysis tests on August 16, 22, and 30, 2016.<br><br>On September 7, 2016, the offender signed an admission of use form stating he had been using marijuana daily between the dates of August 13, and September 6, 2016, and heroin at a frequency of three times per week between the dates of August 13, and September 4, 2016. |

Prob12C
**Re: Flett, Darryl Russell**
**September 28, 2016**
**Page 2**

On September 7, 2016, a urinalysis sample was collected at the United States Probation Office that tested presumptive positive, and was lab confirmed positive for Morphine and for being dilute.

On September 22, 2016, the offender reported to ADEPT for a urinalysis test, but failed to produce a sample.

On September 26, 2016, the offender reported to the United States Probation Office for the purpose of urinalysis testing, but failed to produce a sample.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 28, 2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

09/28/2016
Date