Case 2:14-cr-00120-SMJ    Document 305    Filed 11/01/16

PROB 12C
(6/16)

Report Date: November 1, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 01, 2016

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Darryl Russell Flett | Case Number: 0980 2:14CR00120-SMJ-2 |
| Address of Offender: | Wellpinit, Washington 99040 |

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: September 28, 2015

Original Offense:        Assault with a Dangerous Weapon in Indian Country, 18 U.S.C. §§ 1153(a), 133(a)(3) and 2(a)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 24 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | June 9, 2016 |
| Defense Attorney: | Benjamin Flick | Date Supervision Expires: | June 8, 2019 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/28/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 15**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinary analysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**:<br>On October 12, 2016, the offender reported to Alcohol Drug Education Prevention and Treatment (ADEPT) for a urinalysis test, but failed to produce a sample. |

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 15**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinary analysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |


Prob12C
**Re: Flett, Darryl Russell**
**November 1, 2016**
**Page 2**

**Supporting Evidence**:

The offender failed to report to ADEPT for a random urinalysis test on October 17, 2016.

It is respectfully recommended that the Court incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 1, 2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[✓]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

11/01/2016
Date