PROB 12C
(6/16)

Report Date: June 12, 2017

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Darryl Russell Flett                Case Number: 0980 2:14CR00120-SMJ-2

Address of Offender:                         Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: September 28, 2015

| | | |
|---|---|---|
| Original Offense: | Assault with a Dangerous Weapon in Indian Country, 18 U.S.C. §§ 1153(a), 133(a)(3) and 2(a) | |
| Original Sentence: | Prison - 24 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation: (11/08/2016) | Prison - 6 months; TSR - 30 months | |
| Asst. U.S. Attorney: | Stephanie J. Lister | Date Supervision Commenced: May 6, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: November 5, 2019 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

        1            **Special Condition # 1**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. You shall abide by the rules and requirements of the facility.

            **Supporting Evidence**: The offender commenced his term of supervised release on May 6, 2017. On May 8, 2017, the offender was directed to report to the Spokane Residential Re-Entry Center (RRC) for the purpose of intake per special condition number 1.

            Mr. Flett reported to the United States Probation Office on May 9, 2017, for the purpose of a supervision intake. Mr. Flett was advised at that time of all mandatory, standard, and special conditions as ordered by the Court.

Prob12C
# Re: Flett, Darryl Russell
**June 12, 2017**
**Page 2**

On June 11, 2017, the undersigned was notified by RRC staff that on June 10, 2017, the offender walked out of the facility after testing positive for an alcohol breath test and was subsequently placed on absconder status.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/12/2017

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

06/13/2017
Date